Compelling symptom of this indictments deficiency is the government's repeated reference to trial evidence in an effort to salvage it It should be the case The most compelling symptom of this indictments deficiency is the government's repeated resort to the trial record in an effort to salvage it Not the bill of particulars They rely on the bill of particulars as well your honor But I would I would ask the court to go through the government's brief and look at their citations and many Many many many of their citations in defense of the indictment are in fact to the trial record It should be the case That when alleging an indictment failure to disclose as criminal behavior Conduct that is not inherently deceptive conduct that may be indicative of innocent behavior That the indictment is held to a more scrupulous and more exacting standard of pleading Instead what we have here is an indictment that alleges failure to disclose over an expansive 13 year period and yet that fails to specify generic statutory language as is required by Supreme Court precedent and that To identify conduct giving rise to the charge in count three Constitutional violation those two counts one and two your honor. What amendment are you resting that on fifth and six your honor? Oh, yes Are you saying that there was a constitutional deficiency with respect to all of the counts Certainly with respect to counts one and two with respect. I'm reading count one and You said that it failed to even generically reference the statutory language No, your honor. I'm sorry if I misunderstood My apologies if my argument wasn't clear what what I said is that even though it does Parrot the statutory language which is sufficient in many circumstances It's not always sufficient And there is good law United States versus Russell and its progeny that state that when one of the statutory terms is a generic term Such as the word of that here That the government has an obligation to state facts Supporting that charge because it really is for the linchpin of criminal responsibility and The purpose would be to make sure you have notice of it or that would be the Sixth Amendment purpose your honor There's some allegation Defendant doesn't really know what he's being charged with that when as the Supreme Court put it were guilt depends So crucially upon a specific identification of fact our cases have uniformly held But an indictment must do more than simply repeat the statutory language that is that That he was getting disability payments all during this whole time, and he was working. He has a complete history of working in violation of the prohibition of getting disability payment while doing so More does he need to be informed of a couple of points on that your honor first the indictment doesn't lay out this work history in the way that that You state that it was laid out as we would say in the bill of particulars and perhaps unaware of his work history Was he unaware of his obligation to report his employment every I thought every document He received made it clear to him that he was under an obligation to report Employment which might affect his disability benefit well if we look at the indictment your honor the only real Document that the indictment points to that might have made him no well actually I was referring to The document the documents which he had to sign to receive disability Certainly your honor and the indictment does reference that he he received that document But I would I would point the court to the Phillips case Because the facts in the Phillips case include reference to such documents that when the defendant in that case Signed up for disability payments that he received such sort of Boilerplate warnings that he had an obligation to report any employment and that he worked thereafter and the court in that case Almost in every case of that sort I mean the documents that somebody signs Upon employment or boilerplate. We're not suggesting that makes a difference not necessarily your honor, but I've been Again, I just want to look at what the the indictment. Let's let's look at paragraph 11, and then you're right It gives a long period of time 1997 and then it says mr.. Perry was employed, but did not report his employment He either knew he was employed or he did what what difference does it make whether the government went through and listed all of his Employments it seems like that would be peculiarly within his knowledge He either knew he was employed or he didn't well first your honor I think we need to clarify one fact that not every employment is enough an employment affecting one's rights to benefits And what it wasn't there an obligation to report it wasn't he did not have the ability to unilaterally determine What would count? Have an ongoing obligation to report what the criminal What the criminal statute requires is that he report any event? Affecting his right to these payments and not every employment is an event affecting one's rights to payments the disabilities statutes are a sort of vast and complex and very confusing set of statutes that say that sometimes Employment will affect one's rights to benefits and sometimes they won't and be One of the reasons that it would be so crucial in this case your honor For the indictment to specify just one just one event affecting his right to benefits Is because it would then allow a court a legal determination of whether that was an event effect affecting paragraph 12 2007 mr.. Perry was hired by the Social Security Administration There's one Your honor if that's the event giving rise to this indictment, then how do we get an indictment going back to 1996? Well that's not one that supports this vast broad indictment though your honor, and I would I would further suggest that It's it's sort of tautological that he disclosed his employment to the Social Security Administration by the fact of becoming employed with the Social Security Administration if the government had wanted to write an indictment and Let's be clear. That's really why we're here mr. Perry was working at the Social Security Administration Receiving employment checks from them at the same time as he was receiving disability checks illegally illegally He was illegally receiving those employment checks because he didn't report During the time he was working for I Would agree with your honor that certainly as a civil or regulatory manner He should not have been working at the same time that he was receiving disability You say the government is doing both of them the issue in the checks sounds like to me You're saying the issue the checks and employing they ought to know they're doing both of them. That's what you're trying to say I Certainly your honor yeah I mean I think the whole reason we're here is because the government's so embarrassed by the fact that they were issuing this guy Someone who was out making money When a federal government position it wasn't paying his taxes Then the government can't charge me for pay to pay taxes Not on that contractor you receiving a lump sum you supposed to pay you taxes on it Yeah, and well you say you knew you were paying me you should have taken the taxes out well If the statutory language at issue in that case your honor were a failure to disclose his employment to the government and that were somehow The basis of the criminal charge giving rise to the tax evasion charges, then I yes I would continue to have a dispute with it, but I don't believe that that's the language in the tax statute Well, he didn't report that is it is clear. He did not report Your car did not report that he was working. He he did not specifically go back to the disability side Or as charged in the indictment because we accept the facts in the indictment is true He did not go back to the disability side of the Social Security administration and say I am working at the same time that I'm Going anywhere. I'm sorry to go anywhere and say I'm working to disability side or to The cleaning person in it didn't tell anybody I'm working Again your honor, I guess I would disagree on the sort of Question is did he tell anybody did he report it to anybody well by filling out his employment forms and submitting them to the administration Certainly that was some sort of constructive knowledge on the agency's so that is the report he filled out her employment form and Now he is reporting that he is working. That's is that your argument For the purposes of that employment specifically your honor Anybody ever held that in the United States of America Any cool anywhere ever ever Go Well, there are certainly cases your honor that talk about when an agency has constructive knowledge and of whatever facts it is giving rise to criminal conduct that that agency is Basically as long as they have enough information that it would allow them to initiate an investigation and prosecute the crime Granted those cases take place in the statute of limitations context, but yeah, there are certainly cases that talk about an agency's Constructive knowledge of facts, it's very hard for me to believe that that could be your argument. I mean you're essentially saying that Any that the government is on constructed has constructive knowledge of any tax or other Infractions that can be uncovered by a criminal investigation by virtue of employment I Understand that to be your argument I understood your argument to be the invalidity of the indictment Yes, your honor, and I think I think we've gotten a little bit Yeah, I'll let you down that path and you walk with me on it, and I was amazed you went there with it So I guess you get back with your argument. I Did your honor and I appreciate judge Duncan's invitation to Return back to my my argument is outlined. I would invite the court to look at United States versus Russell I think it is an extremely applicable case even on its facts Understand why you keep running away from the facts here, but the facts here are pretty graphic the count one says beginning on or about in 1996 and continuing through September 2009 The defendant having knowledge of the occurrence of any event affecting his initial or continued right to payment Did conceal and fail to disclose with intent to fraudulently fraudulently secure payment? What did he not know from that language Your honor what he continued to obtain Employment checks, which are events affecting his initial or continued right to payment What was unclear? Your honor statutory language that I'm focused on is the word event the word the word event is a generic term and I want to know your honor which event is it that the grand jury found? affected his right to employment beginning in 1996 because as Suggested one In 1996, I'm again from 1996 Your honor we have an indictment that goes back to 1996 and if we say that the The one fact that the grand jury found that gives rise to indictment occurred in 2007 Then how do we get an indictment going back that far? How do we say that that doesn't prejudice a criminal defendant when they have to prepare a criminal case on 11 years of conduct? For which the grand jury never found even one underlying factual event supporting this generic statutory language Is the bottom line of your argument? Where in practical terms in paragraph 11 of the indictment? At times between 96 and 07. Mr. Indictment should have set forth all of his employments well for the purposes of The Fifth Amendment your honor it should have set forth any Employments on which it the government wanted to later ask the peddit jury to find him guilty yet Because otherwise we run into two problems. We don't know what the grand jury found. That's one fifth And the answer would be yes The government needed to set out in the indictment all of the employments that it later intended to rely on. Yes, your honor and Even if it only wanted to set forth one and it only wanted to put one to the peddit jury that would be fine But we don't have that circumstance here. We have an indictment covering this expansive period for which we don't know What about in paragraph 12? There's one there So there's some renumbering and in the indictment. So are you on the Joint Appendix page 12 here? Yes And Again your honor, I would just point to the fact that if that's my indictment. I have an indictment starting in 2007 not 1996 I don't understand what the grand jury found Gives rise to criminal indictment going back to 1996 and why mr. Perry was forced to diffuse his defense resources and his trial preparation over those preceding 11 years If it's the case that the event that the grand jury found you knew when the bill of particulars came out But bill of particulars cannot resolve cannot solve a deficient indictment. It can't save it your honor There should have been some hint in paragraph three of count three because there's a long list of appointments there you know, obviously that's not in count one, but And it is the law of the circuit your honor that Information contained in counts that has not been reincorporated in another count cannot be sort of reincorporated in effect by the court So that the additional information provided in count three cannot Be used to salvage count one But if we had an if if if if this indictment is really about the 2007 to 2009 timeframe then that should have been the time frame set forth in the indictment and any Discussion of any evidence any of other information coming in from any prior period should have been about 404 B It shouldn't have been the indictment period based on an event that occurred 11 years after we decided He was criminally responsible. That's not a constitutionally sufficient indictment your honors. That's not constitutionally concrete Along the lines the bill of particulars cannot salvage a constitutionally infirm indictment The government also states that the courts ruling that this was determined to be a continuing course of conduct salvages it The the body of law on continuing courses of conduct says nothing of the kind your honor Smith the case the government primarily relies on and the other cases having to do with continuing courses of conduct Relate what a continuing course of conduct does to the effect of the statute of limitations in a case it says nothing about salvaging an indictment that is constitutionally deficient or Excusing it from dissenting to particulars in the event a statutory term is generic You don't dispute that these offenses are continuing I don't for the purposes of between continuing course of conduct charge offenses that are Continuing offenses no your honor not in my mind, and it may be that I'm using continuing I'm just asking Turning my attention to count. Oh, I see that my time is up. Yes, and you do have some time reserved for a bottle Thank you. Thank you I Morning may please the court Sandra Wilkinson on behalf of the US Attorney's Office Not only am I appellate counsel, but I was counsel in the proceedings below as well. We don't often see that Thank you, your honor Your honor I want to answer the question that miss Martin asked first here Which is the fact that this indictment was not? constitutionally deficient because Not only is the indictment track the language of the statute it goes far beyond the language of the statute and defines the term that miss Martin has Concerns about or has articulated her concerns about and that is the word Event and the word event in the to wit clause in the actual charging language States that the event that he had knowledge about was his employment and his earnings and when the Social Security Administration learns from a source other than a beneficiary About additional earnings the Social Security sends out a work activity report Asking for the entire earnings and employment record for that beneficiary And that's what happened here, and that's what's described in paragraph 14 in this speaking indictment Well your honor we contended at at trial and I Maintain that position now that the event is not a job The event was the employment and earnings that he earned over a specific Period of time that being 1996 to 2009 Yes, ma'am in your authority for that proposition For that definition of an event as a non-discrete Not that I could find your honor simply because there's not that much law out there on this particular Statute that I could find I did find other Circumstances where there are other events over continuing period of times we talked about that in our brief for example the death of a loved one Continued to receive benefits for 11 years and 11 years later as you're still cashing those checks that event Being the death of the loved one affects the continued right to those benefits therefore it is within Section 408 or the event could been winning the lottery Here it was the cumulative Employment history of mr. Perry that he never reported to a single entity Between the circumstances here and those in the hypotheticals you just posited are that in your Hypotheticals there was a discreet event there was a death or there was winning the lottery But here it appears. There was just a course of conduct that the problem is that that It doesn't fit comfortably within The definition of the term event as one usually Understands that your honor. I was thinking about this As I was getting ready for my argument and for example what if in this case the first job that mr. Perry had gotten out of the box was a professional basketball player with the Chicago Bulls and he had earned Ten million dollars for that one season and then he stopped and then he continued earning those benefits For a period of time all the way up until September 2009 He was inducted to the Hall of Fame and we find out that he had been working back in 1996 for that one event that one time that job This the statute is aimed at the evil of keeping getting the money the knowledge is that you have made Continued to Get those benefits. Yeah, he continued again He was paid ten million dollars twelve years ago never told the Social Security kept getting his disability You mean to continue been of keeping the ten million dollars? No, they kept the benefits from the Social Security the $1,000 a month ability the disability benefits. Yes, sir Never told anybody about his job kept working for net didn't stop I mean stopped working and just kept getting his disability work that McDonald's he'd made $2,000 and then ten years later Is that a continuing one, too? Yes, your honor He should have told the Social Security Administration about his earnings at the time And it might be a different case about whether or not we would prosecute that case But the obligation is the same which is that you must report your earnings to the Social Security Administration this is a agency that Take an implication that he would have been entitled to certain benefits based upon the fact that he would have been he would have been Required does reporting it means it's attic. It's gonna stop automatically. No, your honor What it means is that there's a system in place as was explained in the trial below bile that by the Social Security employees to Take get that information and determine how it does affect your benefits Which is why the statute talks about your initial right or your continuation of those benefits the party approved Because pardon me. Is that part of you? Absolutely, your honor that you have to prove that receiving these benefits would have affected the amount of disability Your honor. It was part of our proof to explain why it was material to the Social Security Administration That even one extra dollar you are required to report the whole system rises and falls on the honesty of the people that Get benefits from there just like the tax system as the court pointed out and that is the whole entire point Now whether the materiality of that lie, those are decisions in the context of other cases here. We have a man who worked pretty much the whole entire time from 1996 to 2007 and perhaps the only unusual fact is that he worked at different jobs during that time period up until the time he got his Social Security but the cumulative effect of all of his earnings are what's incorporated in our definition of Indictment Your honor the statute of limitations issues are First of all, I think the laws is clear that this is a continuing offense It's focused on the receipt of the the payments and as judge Bennett pointed out below as well He cashed these last checks all the way after even filing the work activity report Which also failed to conceal on other employment that he had I mean he continued to cash these checks and that is the evil that Congress was trying to prevent when it established a section 408 when I went back and looked at section 408 again, there are other provisions of it that talk about unique Dates and time for example a false statement or a false representation. In fact the first subparagraph of 408 Penalizes that as well But here where the event could be any triggering matter that affects a person's disability Here that triggering matter is his earnings and he had Constitutional notice of it not only because of his Social Security job as your honor pointed out in paragraph 12 but also because of that reference to his work activity report which shows employment back from 1996 to 2007 and if you look at paragraph 14 of the indictment It specifically references that and that was the key exhibit at trial And I know miss Martin doesn't want to talk about trial evidence in the constant in the context of what is constitutionally sufficient But we talk about that in the indictment when we're describing the event which is employment and earnings 1996 to 2009 he certainly was enterprising He was indeed your honor He had a lot of school well educated a Good employee at the Social Security benefit and even when he had direct Knowledge that what he was doing was against the law he continued to cash those checks Might I add even buying a new car in that time frame so I put his education and work experience to work He certainly did your honor and it helped to have a thousand dollars extra a month every month to do it Well he also received some medic some prescription benefits he did your honor and part of the the proof And I don't know if the court has any concerns about the issues raised by the by the defense in that regard But your honor if if anything was the clear false statement in this case It was when he applied for that low income subsidy where he indicated the very day He was working at Hertz that he didn't expect to earn any earnings that year And if that's not a false statement in pursuit of a health care fraud scheme. I don't know what is Court doesn't have any other questions Outside concedes at least it's just for purposes these are these are continuing Offenses yes, it says there's a problem here because you discovered it early Well I didn't discovery kicks in then that is some limitation on the statute otherwise it runs in So so what is how do you respond to that well your honor there wasn't actual knowledge there was Paperwork that suggested Social Security might have known about his earnings early on Back in night. I believe the testimony was sometime back in 1999 or 2000, but this is very similar I was thinking about this last night to the illegal reentry cases where you the law I believe because I handle these types of cases is if an illegal alien comes into the United States after an aggravated felony and The federal authorities don't find out about it, but the state authorities might have had several interactions with this individual But the federal authorities law enforcement doesn't find out about it the statute of limitations Doesn't begin to run until federal law enforcement finds out about it, and the same can be said here as well The obligation is on the beneficiary to be truthful and honest There is a mechanism for reporting your employment and earnings He never did this now if he had stopped receiving the money back in 1999. Maybe we would have a different argument Maybe we wouldn't be here today, but he didn't and as he continued to receive that money and keep working I believe that that's not even an issue in this case, and you don't have to Talk hypothetically because we don't have that in this particular case is when the statute of limitations Should have run because here he continued to accept the money never reporting his earnings from the day He walked out of the Social Security administration basically Thank you, thank you very much Miss Martin you have some Thank you your honor As Miss Wilkinson stated she has no authority finding The word event to mean a 13-year employment history none She cited a couple of cases or referred to a couple of cases cited in her briefs One in which the event was the death of a loved one or perhaps the event being the winning of the lottery But your honor in those cases Understandably the meaning of the word event isn't going to be an issue because there really only is one issue upon which Criminal liability can hinge that simply isn't the case here your honor. We have an extensive employment history so some of those employments may have affected his rights to payment some of which may not and what the problem that springs about your honor is Going back to the Sixth Amendment issues is Where's the double jeopardy bar here? What what is the government prohibited from re-prosecuting here? We don't know because we don't know what the grand jury found and we don't know We know that there was unanimity among the pettit jury, but we don't know what the event was that they found We don't know if there was agreement among the two and therefore we have no idea on what basis mr. Perry might be prosecuted again Doesn't that use of that term employment history makes that an easier argument for you I'm sorry the fact that you don't know I mean if they were just sick to Charge something in an employment history other than what they are seeing is here That whole definition of employment history would seem to indicate. No you can't do that. You've already done it well because they're taking the term Event and making it sort of whatever they want I don't know that they won't take a different position in the future and say well This wasn't part of the employment of history included in the original indictment I don't know your honor giving it that flexible, but you gotta feel much better knowing that they didn't allege specific days Specific words they'll say this employment history That would exist even if they did have specific instances Your honor if the government were to stipulate that any employment during that time frame might be barred on double jeopardy Then it might be a little bit of a different discussion around the double jeopardy point alone But I don't think that that makes the word event Constitutionally concrete such that we know what the grand jury found and whether or not that matches what the penitentiary found Your honor we we talked a little bit, and it got a little bit light when we talked about mr.. Perry being enterprising It sort of indicates that we don't think that mr. Perry is a disabled human being and I want to make sure that we're very clear. He is disabled He has a permanent disability of AIDS He remains disabled to this day. It's not a disability. That's going to go away Um The government referenced the statement that he made in connection with the low-income I'm trying to understand what that means if you can have a disability But if you work you have a duty to report Certainly matter what the disability is if you work, and that's what this is about is the failure to report certainly your honor But I just I want to make sure that in the atmospherics of this case We're all clear that this is not about a guy who wasn't disabled going out and gaming the system We'll try not to be a jury. We're gonna stay cool. I Appreciate that your honor the government made reference to the Statement that mr. Perry made in connection with applying for his low-income Subsidy that he didn't expect any income in the year 2007 and again There are no facts in the indictment telling us that at the time he made that statement that it was false There's just nothing in the indictment indicating that the grand jury knew that statement to be false when made therefore how can that be a material misrepresentation and Finally your honor the last point that you touched on the statute of limitations Ms. Wilkinson stated that There wasn't actual knowledge on the part of the Social Security Administration of mr. Perry's employment back in 1999 and 2000 there was and I'm paraphrasing here I think she said just paperwork indicating that they knew well your honor if the rules were reversed here And there was paper Indicating that a defendant knew a fact like that the government would be pouncing all over it and saying it was actual knowledge Under these circumstances the agency should be charged with having that same level of knowledge based on its own paperwork Indicating that it knew it The agency knew he was important didn't know The significance of it you would need to combine that fact with the fact of his receipt of the disability payment But that fact was combined on the trial record your honor that this Information was presented during trial where it stated that there was a flag put on his account stating We think he is working and earning benefits at the same time yes Thank you your honor in sum I would just ask that the panel when going to conference take only the indictment with them not take the trial record with them in Constitutionally sufficient, and I asked that it ask itself What is the event that the grand jury found? Indictable back to 1996 and I would ask that I ask what is the deceptive conduct that is embraced? Within the statute of issue in count three. Thank you very much for your time We are going to come down in Greek Council. We will take a very short
judges: Allyson K. Duncan, G. Steven Agee, James A. Wynn, Jr.